IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 15-153 |
| | ) | |
| NAVEED AHMED, | ) | |
| PHILIP FLIETZ, & | ) | |
| DEWAYNE WATTS | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 15-154 |
| | ) | |
| ERIC CROCKER | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 15-155 |
| | ) | |
| MORGAN CULBERSON | ) | |

## SCHEDULING ORDER

AND NOW, this __21st__ day of July, 2015, it is IT IS HEREBY ORDERED that a Waiver of Indictment and Plea Hearing shall be held in each of the above-captioned cases in Courtroom 8A, 8th Floor, United States Courthouse, 700 Grant Street, Pittsburgh, Pennsylvania as follows:

1. The waiver & plea hearing for Defendant **NAVEED AHMED** (*Cr. No. 153-1*) is set for Tuesday, August 18, 2015, at 1:30 PM.

2. The waiver & plea hearing for Defendant **PHILIP R. FLIETZ** (*Cr. No. 153-2*) is set for Wednesday, August 19, 2015, at 11:00 AM.

3. The waiver & plea hearing for Defendant **DEWAYNE WATTS** (*Cr. No. 153-3*) is set for Wednesday, August 19, 2015, at 1:30 PM.

4. The waiver & plea hearing for Defendant **ERIC L. CROCKER** (*Cr. No. 154-1*) is set for Thursday, August 20, 2015, at 11:00 AM.

5. The waiver & plea hearing for Defendant **MORGAN CULBERSON** (*Cr. No. 155-1*) is set for Tuesday, August 25, 2015, at 11:00 AM.

Defense counsel shall ensure the appearance of their client. Request to change the date of the hearing shall be made by motion filed on the docket.

*Maurice B. Cohill Jr.*
Maurice B. Cohill, Jr.
Senior United States District Judge

cc:	James T. Kitchen, AUSA

Thomas J. Farrell, Esquire,
Farrell & Reisinger, LLC
300 Koppers Building
436 Seventh Avenue
Pittsburgh, PA. 15219

Stephen F. Capone, Esquire
210 Grant Street, Suite 300
Pittsburgh, PA. 15219

Melvin Vatz, Esquire
Grossinger Gordon Vatz, LLP
1000 Law & Finance Building
Pittsburgh, PA. 15219

Linda Cohn, AFPD

W. Penn Hackney, AFPD